UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRAD ALEX JORDAN,

       Petitioner,

                              Case No. 5:02-cv-107

v.

                              HON. DAVID W. McKEAGUE*

PAUL RENICO,

       Respondent.

_____/

**JUDGMENT ORDER
DENYING PETITION FOR WRIT OF HABEAS CORPUS**

In accordance with the Court's memorandum opinion entered this date,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation is **APPROVED**; and

**IT IS FURTHER ORDERED**, in accordance with the report and recommendation, that petitioner's petition for writ of habeas corpus is **DENIED**.

Dated: July 25 , 2005                                 /s/ David W. McKeague
                                                                 HON. DAVID W. McKEAGUE
                                                                 UNITED STATES CIRCUIT JUDGE

---

    *Hon. David W. McKeague, United States Circuit Judge, Sixth Circuit Court of Appeals, sitting by designation.